# EXHIBIT B

| | |
|---|---|
| **From:** | Chu, Joan |
| **To:** | Erin Murphy |
| **Subject:** | [EXTERNAL] Acknowledgement Letter - EPA FOIA Request 2025-EPA-03201 |
| **Date:** | Wednesday, January 29, 2025 4:49:53 PM |

You don't often get email from foiaexpress_nfo@epa.gov. Learn why this is important

01/29/2025

Erin Murphy
Environmental Defense Fund
555 12th St NW, Suite 400
Washington, DC 20004

*EMAILED TO: emurphy@edf.org*

**RE: Acknowledgment Letter - EPA FOIA Request 2025-EPA-03201**

Dear Erin Murphy:

This letter concerns the above-referenced Freedom of Information Act (FOIA) request, received by the U.S. Environmental Protection Agency (EPA), National FOIA Office (NFO) on 01/29/2025 in which you are seeking the following: "Environmental Defense Fund ("EDF") respectfully requests records, as that term is defined at 5 U.S.C. § 552(f)(2) of the Freedom of Information Act ("FOIA"), of U.S. Environmental Protection Agency ("EPA") activities and communications regarding the Endangerment Finding and possible reassessment of the Finding pursuant to the Unleashing American Energy Executive Order, including correspondence among specified EPA employees as detailed below. The Endangerment Finding is comprised of the two 2009 EPA findings that six greenhouse gases threaten the public health and welfare of current and future generations, and that the combined emissions of these gases from vehicles contribute to the pollution that threatens public health and welfare.1 This Finding is foundational to EPA's efforts to set standards to reduce harmful greenhouse gas emissions. President Trump's January 20, 2025 Executive Order on Unleashing American Energy directs the EPA Administrator to assess "the legality and continuing applicability" of the Finding. Specifically, EDF requests copies of all correspondence and records detailed below in item (i), that contain any of the search terms detailed below in item (ii):
(i) correspondence with and between all members of the Trump Administration's EPA Transition Team (or "Landing Team"), and all Trump Administration EPA political appointees; and any briefing materials, memos, presentations or other documents created  by or shared with/among the following EPA transition team and/or political appointees, including but not limited to: 1. Anne Idsal Austin 2. Andrew Wheeler 3. Carla Sands 4. Adam Gustafson 5. William (Bill) Wehrum 6. James Payne (Acting Administrator) 7. Lee Zeldin 8. Eric Amidon 9. Jaide Barja 10. Thomas Corlett 11. Daniel Gall 12. Ben Weiner 13. (William) Chad Mcintosh 14. Travis Voyles 15. Dr. Nancy Beck 16. Steven Cook 17. Alex (Alexander) Dominguez 18. Molly (Block) Vaseliou 19. Cora Mandy 20. Michael Abboud 21. Dr. Lynn Dekleva 22. Aaron Szabo 23. Justin Schwab 24. Catherine Paige Hanson 25. Jessica Kramer 26. Walter Scott Mason IV 27. Victoria Tran 28. Abigale Tardif 29. David Fotouhi
(ii) EDF requests the correspondence and other records detailed above that contain any of the following search terms: • Endangerment Finding(s), • Endangerment and

Cause or Contribute Finding(s), • Endangerment, • Climate change, • Greenhouse gas(es), • Carbon dioxide, • GHG(s), or • Joint recommendation(s). Correspondence includes hard-copy and electronic correspondence including, but not limited to, emails, voice mails, text messages, and correspondence transmitted through any other electronic platform. This request includes correspondence for which any of the listed EPA transition team 3 and employees were among the sender(s) and recipient(s), collectively, regardless of whether the correspondence also included any other sender(s) or recipient(s). EDF also requests all files attached to the emails or other correspondence sent or received by the above-listed individuals, as well as copies of any files obtained via downloadable links within the body of such emails or other correspondence. EDF respectfully requests records produced, modified, or transmitted since November 6, 2024 that exist as of the date that EPA begins searching for records responsive to this request. We request that records be produced in a readily accessible electronic format. If any of the records sought in this request are deemed by the Agency to be properly withheld under a FOIA exemption, 5 U.S.C. § 552(b), please provide EDF with an explanation, for each such record or portion thereof, sufficient to identify the record and the particular exemption(s) claimed."

Your FOIA request was assigned for processing. If you have any questions about your request, please contact the office mentioned below and reference your EPA FOIA request number 2025-EPA-03201.

**Office of the Administrator FOIA Program:** You may contact AO's Jonathan Newton at newton.jonathan@epa.gov or (202) 564-6164.

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769.

Sincerely,

National FOIA Office
U.S. Environmental Protection Agency