# EXHIBIT C

| | |
|---|---|
| **From:** | Newton, Jonathan |
| **To:** | Erin Murphy |
| **Cc:** | Best.Alexia@epa.gov |
| **Subject:** | [EXTERNAL] FOIA Request 2025-EPA-03201 |
| **Date:** | Wednesday, February 26, 2025 10:39:56 AM |

You don't often get email from ao_foia@epa.gov. Learn why this is important

Dear Erin Murphy:

The EPA Office of the Administrator has received your Freedom of Information Act request dated 01/29/2025, with the designation 2025-EPA-03201. Your request is as follows:

- Please see attached. EDF respectfully requests records of U.S. EPA activities and communications regarding the Endangerment Finding and possible reassessment of the Finding pursuant to the Unleashing American Energy Executive Order, including correspondence among specified EPA employees.

An initial review of your request indicates a need to consult with, and collect records from, multiple components of the Agency. Therefore, your request is being placed on the "complex" processing track with an estimated completion date of 05/30/2025. If you have questions regarding this determination, please feel free to contact Alexia Best at Best.Alexia@epa.gov.

You may also seek dispute-resolution services through the EPA's FOIA public liaison at hq.foia@epa.gov or (202) 566-1667 or through the National Archives and Records Administration's Office of Government Information Services via email ogis@nara.gov; by calling (202) 741-5770 or (877) 684-6448; or by mail to Office of Government Information Services, National Archives and Records Administration, 8610 Adelphi Road, Room 2510, College Park, Maryland 20740.

Thank you for your patience and for your interest in the U.S. Environmental Protection Agency.

Sincerely,
U.S. EPA Office of the Administrator