# EXHIBIT D



**OFFICE OF GENERAL COUNSEL**

WASHINGTON, D.C. 20460

January 29, 2025

Erin Murphy
Environmental Defense Fund
555 12th St NW, Suite 400
Washington, DC  20004

**Re:  Freedom of Information Act Request –2025-EPA-03201**
      **Fee Waiver Determination**

Dear Erin Murphy:

This letter concerns the above-referenced Freedom of Information Act (FOIA) request, received by the U.S. Environmental Protection Agency (EPA), National FOIA Office (NFO) on 01/29/2025 in which you are seeking:

> Environmental Defense Fund ("EDF") respectfully requests records, as that term is defined at 5 U.S.C. § 552(f)(2) of the Freedom of Information Act ("FOIA"), of U.S. Environmental Protection Agency ("EPA") activities and communications regarding the Endangerment Finding and possible reassessment of the Finding pursuant to the Unleashing American Energy Executive Order, including correspondence among specified EPA employees as detailed below. The Endangerment Finding is comprised of the two 2009 EPA findings that six greenhouse gases threaten the public health and welfare of current and future generations, and that the combined emissions of these gases from vehicles contribute to the pollution that threatens public health and welfare. This Finding is foundational to EPA's efforts to set standards to reduce harmful greenhouse gas emissions. President Trump's January 20, 2025 Executive Order on Unleashing American Energy directs the EPA Administrator to assess "the legality and continuing applicability" of the Finding.
> Specifically, EDF requests copies of all correspondence and records detailed below in item (i), that contain any of the search terms detailed below in item (ii):
> (i) correspondence with and between all members of the Trump Administration's EPA Transition Team (or "Landing Team"), and all Trump Administration EPA political appointees; and any briefing materials, memos, presentations or other documents created by or shared with/among the following EPA transition team and/or political appointees, including but not limited to:

1. Anne Idsal Austin
2. Andrew Wheeler
3. Carla Sands
4. Adam Gustafson
5. William (Bill) Wehrum
6. James Payne (Acting Administrator)
7. Lee Zeldin
8. Eric Amidon
9. Jaide Barja
10. Thomas Corlett
11. Daniel Gall
12. Ben Weiner
13. (William) Chad Mcintosh
14. Travis Voyles
15. Dr. Nancy Beck
16. Steven Cook
17. Alex (Alexander) Dominguez
18. Molly (Block) Vaseliou
19. Cora Mandy
20. Michael Abboud
21. Dr. Lynn Dekleva
22. Aaron Szabo
23. Justin Schwab
24. Catherine Paige Hanson
25. Jessica Kramer
26. Walter Scott Mason IV
27. Victoria Tran
28. Abigale Tardif
29. David Fotouhi

(ii) EDF requests the correspondence and other records detailed above that contain any of the following search terms:
- Endangerment Finding(s),
- Endangerment and Cause or Contribute Finding(s),
- Endangerment,
- Climate change,
- Greenhouse gas(es),
- Carbon dioxide,
- GHG(s), or
- Joint recommendation(s).

Correspondence includes hard-copy and electronic correspondence including, but not limited to, emails, voice mails, text messages, and correspondence transmitted through any other electronic platform. This request includes correspondence for which any of

2

>the listed EPA transition team 3 and employees were among the sender(s) and recipient(s), collectively, regardless of whether the correspondence also included any other sender(s) or recipient(s). EDF also requests all files attached to the emails or other correspondence sent or received by the above-listed individuals, as well as copies of any files obtained via downloadable links within the body of such emails or other correspondence. EDF respectfully requests records produced, modified, or transmitted since November 6, 2024 that exist as of the date that EPA begins searching for records responsive to this request. We request that records be produced in a readily accessible electronic format. If any of the records sought in this request are deemed by the Agency to be properly withheld under a FOIA exemption, 5 U.S.C. § 552(b), please provide EDF with an explanation, for each such record or portion thereof, sufficient to identify the record and the particular exemption(s) claimed.

EPA has received your request for a fee waiver. Your request for a fee waiver was evaluated based upon the information you provided in support of your request for a fee waiver and EPA regulations concerning requests for a fee waiver. Based on an analysis of the information you provided, your fee waiver has been granted.

EPA regulations provide a mechanism for requesters to seek records responsive to a FOIA request "without charge or at a charge reduced below" the agency FOIA fee schedule when the NFO determines "based on all available information, that disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government" (public interest requirement) and "is not primarily in the commercial interest of the requester" (non-commercial interest requirement). Freedom of Information Act Regulations, 40 C.F.R. § 2.107(n)(4) (2023).

To evaluate the public interest requirement, the EPA considers each of four factors: (1) the subject of the request; (2) the informative value of the information to be disclosed; (3) the contribution to an understanding of the subject by the public is likely to result from disclosure; and (4) the significance of the contribution to public understanding. 40 C.F.R. § 2.107(n)(5)(i)-(iv) (2023).

To determine the non-commercial interest requirement, the EPA considers each of two factors: (1) the existence and magnitude of a commercial interest; and (2) the requester's primary interest in the information disclosure. 40 C.F.R. § 2.107(n)(6)(i)-(ii) (2023).  If the EPA determines the requester has a commercial interest that is furthered by disclosure of the requested information and the commercial interest is primary to any specified public interest, the requester is not entitled to a waiver of fees.

Fee waiver requests must specifically address each, and all, of the factors.  40 C.F.R. § 2.107(n)(2) (2023).  If a requester's written justification for a fee waiver fails to address or substantiate each of the factors discussed below, the EPA will deny the request for a fee waiver.

Your fee waiver justification addressed the required factors with sufficient support and in sufficient detail for EPA to grant your fee waiver request. The subject of your request is related to operations and activities of the government. Your statements explained how the information in the records you requested will add to the quantity of information currently available. Further, you expressed an ability or intent to use these FOIA material towards contributing to the understanding of a public audience. Lastly, you provided information to EPA about the significance of the contribution to public understanding.

The second fee waiver requirement is met because the request serves a non-commercial interest. The absence of an identified commercial use is dispositive of the last fee waiver factor, thereby resolving the remaining issue of the requester's "primary interest" in the request. *Therefore, because all factors were addressed in your justification and the requirements are satisfied, EPA hereby grants your fee waiver request.*

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769.

                                                                                    Sincerely,

LEE HAGY
Digitally signed by LEE HAGY
Date: 2025.01.29 19:43:42 -05'00'

Lee Hagy
Attorney-Adviser
National FOIA Office