IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,

      Plaintiff,

  v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

      Defendant.

Civ. A. No. 25-0617 (DLF)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Environmental Defense Fund ("EDF") and Defendant Environmental Protection Agency ("EPA") hereby stipulate to dismiss the above-captioned case, and state as follows:

1. EDF filed its Complaint on March 3, 2025, ECF No. 1, regarding its January 29, 2025 Freedom of Information Act ("FOIA") request made to EPA. *See* Compl. ¶¶ 6-14, 43-68.

2. Pursuant to this Court's July 31, 2025 Minute Order, EPA released responsive records to EDF on August 14, 2025, August 28, 2025, and September 11, 2025, accompanied by a *Vaughn* index. EPA made a supplemental production to EDF on January 12, 2026, which included an updated *Vaughn* index.

3. EDF is now satisfied that EPA has made a final determination as required by FOIA and agrees to dismiss this case. Each party will bear its own attorney's fees and costs.

1

Dated: April 21, 2026

     /s/ Samantha R. Caravello
SAMANTHA R. CARAVELLO
  (Bar ID CO0080)
NATHANIEL H. HUNT
  (Bar ID CO0107)
REBECCA GLENN
  (Bar ID CO00134)
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO  80202
Telephone: (303) 825-7000
Email: scaravello@kaplankirsch.com
      nhunt@kaplankirsch.com
      rglenn@kaplankirsch.com


ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
Email: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

*Attorneys for Environmental Defense Fund*


JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tabitha Bartholomew*
    TABITHA BARTHOLOMEW
    D.C. Bar #1044448
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-2529
    Email: tabitha.bartholomew@usdoj.gov

*Attorneys for the United States of America*